# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida
### Orlando Division

Anthony Bussie

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Saloman Melgen,
Noor Salman,
Ceasar Sayoc,
John Kriess,
Frank Delanco Jefferies

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 6:19-cv-2238-ORL-78-GJK
*(to be filled in by the Clerk's Office)*

Motion: Relief granted
~~Dissmissal~~
42 USC sec 201;
Rights To Appeal;
42 USC sec 1985;
Class Action Civ. R 23;
No Dissmissal needed;
Defendants is Next Friend;
Motion Civil Rule 41 Cross
Claim Bussie v. US (Fed Cir)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Anthony Bussie
All other names by which you have been known:
ID Number: 64105-050
Current Institution: Federal Medical Center
Address: P.O. 1600
Butner, NC 27509
*City* *State* *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Salaman Melgen
Job or Title *(if known)*: Contractor
Shield Number: US v. Melgen 15cr 155 DNJ
Employer: United States
Address:
*City* Florida *State* *Zip Code*
[X] Individual capacity  [ ] Official capacity

Defendant No. 2
Name: Noor Salman
Job or Title *(if known)*: Private citizen
Shield Number: US v. Noor Salman 17cr 18 orl-40 KRS (D.Fl)
Employer: United States
Address:
*City* FL *State* *Zip Code*
[X] Individual capacity  [ ] Official capacity

Defendant No. 3
  Name: Cesar Sayoc / Ceasar Sayoc
  Job or Title (if known): Private Citizen
  Shield Number: US v. Ceasar Sayoc (SD. NY) 18 cr 820
  Employer: United States
  Address: Plantation, FL
  City — State — Zip Code
  [X] Individual capacity  [ ] Official capacity

Defendant No. 4
  Name: John Klyss / Klesso
  Job or Title (if known): Private Citizen
  Shield Number: US v Klesso (South Dist Fl) 19 cr 60109
  Employer: United States
  Address:
  City — FL — State — Zip Code
  [X] Individual capacity  [ ] Official capacity

Frank Delaneo Jefferies (US v. Jefferies - D. AZ)
Private Citizen - US. Government

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

  [X] Federal officials (a *Bivens* claim)

  [ ] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The defendants are Florida Residence standing ground and citizen duress. The defendants never violated law.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

The defendants never violated law

## Basic of Jurisdiction

The basic of justirisdiction is a contract dispute in the state of New Jersey involving a district congress person Robert E. Andrews a Democrat.

Andrews is not a defendant in this complaint.
Andrews is with the plaintiff that is standing suit.
The plaintiff has a criminal proceeding.
The plaintiff has inter alia in a criminal proceeding.
The plaintiff has Andrews in a criminal complaint.
The plaintiff has Andrews in an indictment.

Congressman Robert E Andrews violated law.
The threshold is in the state of Florida. Inter alia. Inter alia.
The defendants are from Florida.
The defendants has criminal proceedings. Crimes in Florida
The defendants has congress in a criminal complaint.
The defendants has an indictment based on Congress persons duties or performance

~~Congressman Robert E Andrews~~
Note: I am not making Andrews a second party.
Andrews is in the ~~plaintiff and~~ defendants here criminal complaints. Same as US v. Bussie 12c/229 (Dist NJ), US v. Salmon (D.FL), US v. Sagoc (SD. NY) and US v. Klesse (D.FL)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

① defendants are private citizen acted as immune cops, citizen arrest and citizenship duress to have the DOJ agency prosecute for the truth.
② The defendants are evil fighting a greater evil named Misconduct Government or Government Tort
③ Defendants standing ground and acted citizenship durress

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows (check all that apply):

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☒ Other (explain) 2014 Habeas Corpus Prisoner establishing trauma, cruel and unusual punishments

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.
The United States government sued the criminal defendants seeking a criminal defense in the state of Florida. The criminal defendants are all Florida residence appearing in courts across the US. Criminal defendants rose in 2012-2014 outside the institution

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
The plaintiff Bussie in US v. Bussie 12cr 229 (DNJ), 14bc 2186 (ED NC), 15-6621 (4fb Cir). Bussie is a criminal rule 48, civil commitment mistake, illegal detained needing ad: probation or parole processing. US constituting tortured see Salim v. Mitchell 15cv 0286 (ED WASH)

C. What date and approximate time did the events giving rise to your claim(s) occur?

The criminal defendants crimes took place 2012 to 2019

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The DOJ argued the defendants violated law. I file seeking an oversight on a defense. My Congressman Robert E. Andrews is a two time fired after 9/11/01 to not convict terrorist held at Gitmo for over (10) years. Then constantly bullying no pay for Bussie. Andrews did not like govt rules. Next violated Bussie's rights. Following the defendants rights

The defendants began protesting about mistreatment to Gitmo prisoners, mistreatment to black people, and 9/11 substance, all argued by the DOJ. Not to slander Bussie alleges the defendants never violated law. The plaintiff and defendants are in the DOJ custody, where Congressman violated 27 Amendment Andrews started first to be the first to blame. see US v. Menendez, Melgen 15cr155 (D.NJ)

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. 42 cff foot -- 08, and 645 101 --

The plaintiff and defendants gets no TBI treatment under 42uscsec 201 while in DOJ custody.

There was no Medically Necessary Acute or Emergent or other to treat Bussie's false arrest and criminal dismissal also habeas corpus lawsuit.

In Bussie's case 12-r221 (DNJ) argued terminate BoP Program Statements see docket sheet now Bussie deals with frugal psychologist.

In the 1990 ADA Act is pain is unable to pay himself (Bussie). And tolling tort and collateral tort, also other Bussie relations.

Plaintiff and defendants are insane person(s) without civil right peace deal.

In Bussie's case 14cv2932 (DNJ) argued injuries in Wallace v. Kato (us)

Bussie argues govt misconducts brought pain on himself and defendants

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1. Not to defamate DOJ arguments in this 1983 claim complaint
2. To be able to identify unique criminals displaying instrumental crimes. That is plaintiff and defendants
3. Demand Civil Investigate Demand
4. Demand Criminal Investigation Demand
5. Recognized Congressman Robert E Andrews crimes unjust created a criminal defense mob.
6. Recognized this court and other need to raise a defense for the defendants
7. Open communication with a Congress or Senate jurisdiction about this complaint having criminal conduct about Congress or senate employees, and public violences.
8. Demand State Atty General to suit, sue Congress, Senate and President; also state of New Jersey, US Atty (NJ)(NJ)
9. Demand criminal investigations on Senator Menendez "out of district."
10. Demand criminal investigations on Senator Cary Booker duty to 9/11 substance.
11. Demand this court to give Bussie some pay care some as hernia, diabetic, HIV care by the BoP secretary. Same as settling out of court/in court care and Banking care see Krimes v. J.P. Morgan 15cv5087 (EDPA)
12. Demand non discriminating proceeding.

D: Fact

Outrageous gov't misconduct first and thresholds in duress:

Saloman Melgen is a contractor being served in the New Jersey congressional district number one. Melgen is out of district. The Gov't sued Melgen in District NJ court. U.S. v. Melgen 15cr155 (D.NJ)

Noor Salman husband Omar Mateen killed 49 killed Florida people. Mateen defense connotation was mistreatment to Gitmo detainees and mistreatment to black people. Paraphrasing Congressional District No. 1 (NJ) contractual abuses by Congressman Andrews on Anthony Bussie and Bussie's $27 trillion dollar pay, related to harboring (15) 9/11 terrorists unable to convict at Gitmo prison US v. Salman 17cr18 orl-40 KRS (Dist Fl).
Bussie v. US 11-5085 (App Fed Cir) (2011).
2010 U.S. Dist Lexis 32507 (Dist Dist CW)

Ceasar Sayroc is a Florida resident sending pipe bombs and threats by mail to congressional district no.1 (NJ) (ie Senator Cory Booker). Because of harboring terrorists and not serving Bussie's pay. Sayroc criminal grivence was sent to S.D. N.Y. U.S. v. Sayroc 18cr820 SD NY

Klesso is a Florida resident sending threats by mail to congressional district no. 1 (NJ) (ie Senator Cory Booker) Klesso criminal grivance is US v. Klesso 19cr60109 (D. Fl)

Frank D. Jefferies is from Arizona killed fed. judge and injuried congress woman.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes
☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes
☐ No
☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☒ No
☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☒ No

E. If you did file a grievance: N/A

1. Where did you file the grievance?

2. What did you claim in your grievance?

3. What was the result, if any?

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:
   My complaint is not a prison problem.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:
   I inform no prison staff.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.
   None needed

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) Bussie

   Defendant(s) Florida

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Middle District of Florida - Orlando Division

3. Docket or index number

   19cv1384 Orl-41

4. Name of Judge assigned to your case

   DCI/CCM Daniel C. Irick, Carlos E. Mendoza

5. Approximate date of filing lawsuit

   July 30, 2019

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   dissmissed with predujvdice favoring the defendants.

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/8/2019

Signature of Plaintiff: Anthony Bussie
Printed Name of Plaintiff: Anthony Bussie
Prison Identification #: 64105-050
Prison Address: Federal Medical Center
Butner, NC 27509

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
City, State, Zip Code
Telephone Number
E-mail Address

II. 1. Bussie
       Hillman
   2. Dist Court New Jersey
   3. 12cv 1894
   4. Judge Micheal Ship
   5. 2012
   6. case is closed
   7. granted 1. 28usc sec 1442(a) 1 to 4
                2. dissmissal
                3. subsequent history
                   Bussie v. DOC (EDNC), Bussie v. Andrews (EDNC)
                   Bussie v. AG (WD WIS)

   Link v. Wabash (US)
III. 1. Bussie v. Boehner       14 v. 33   (Dist Ohio)
     2. Bussie v. Treasurer et. 14 v. 34   (Dist Ohio)
     3. Bussie v. Ryan          15 v. 454  (Wisconsin)
        all (3) cases argued Link v. Wasbash (US) and
        dissmiss

IV. 1. Estelle v. Gamble (US)
       Bussie v. Brit 16cv. 238 (E.D. Vic)
    2. Youngberg v. Romeo (US)
       Bussie v. Ortiz 14cv 3997 (Dist NJ)
    3. Fifth Amendment (US Amendment)
       Bussie v. United States 96 fed cl 89 (2011)
    4. Anderson v. Bessemer (US)
       US v. Bussie 15-6621 (4th Cir)
    5. Wallace v. Kato (US)
       Bussie v. (U) Her 2902 (DIS)